PATRICK BRENNAN, Appellant, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of the Application of SALVATORE PELELLA, Appellant, in Proceedings Supplementary to Execution against THE ILLINOIS SURETY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WILLIAM H. TOLMAN, Respondent, v. AMERICAN MUSEUM OF SAFETY, Appellant.— Order modified, as stated in order, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith Page and Shearn, JJ.

CORA L. TURNER, Respondent, v. CHARLES W. TURNER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JAMES WOLFFSOHN, Respondent, v. GOLDSMITH & Co., INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JAMES WOLFFSOHN, Respondent, v. GOLDSMITH & Co., INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PHILIP ELLMAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

GLADYS TEED, an Infant, etc., Respondent, v. FRANCIS D. GRIFFIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

GLENALLA REALTY CORPORATION, Respondent, v. STARR PIANO COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

EDWARD S. CHILD, Respondent, v. SAMUEL W. RUSHMORE, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH ZUCCARO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, .JJ.

In the Matter of HENRY RUTHERFORD, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. ·Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CORA L. TURNER v. CHARLES W. TURNER.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARY O'BRIEN v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ,

PETER DUFFY v. CHARLES L. AMENT.— Motion to dismiss appeal granted,

unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PETER DUFFY v. CHARLES L. AMENT.— Motion to withdraw appeal granted on payment of ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FRANCIS BENDELARI v. WHYTE's, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PICTORIAL REVIEW COMPANY v. LOUIS ORANSKY and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WILLIAM G. KOHN v. WALTER H. WARNER, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PETER K. HESSLER v. NEW YORK RAILWAYS COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

METER MINTZ v. SAMUEL DORFMAN and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MORRIS BRUH v. JOSEPH ZIMIT.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARY SCHATZ v. ABRAHAM HIRSCHHORN and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

W. L. FLEISCHER & COMPANY, INC., v. PAUL GERLI.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

GURNEY ELEVATOR COMPANY v. F. F. PROCTOR MT. VERNON REALTY COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HARRY ALTMAN and Others v. WILLIAM KINSTLER and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MINNIE STAMP v. EIGHTY-SIXTH STREET AMUSEMENT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROWLAND W. SPAIN v. MANHATTAN SHIRT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL C. DALRYMPLE v. MOSES SCHWARTZ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HENRY I. CLARK and Others v. BANKERS TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

KOBRE ASSETS CORPORATION v. HYMAN D. BAKER.— Motion for reargu-